IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHQAYYA HENDERSON, | : | CIVIL ACTION |
| *Individually, and on behalf of all other similarly situated consumers,* | : : : | |
| Plaintiff, | : : | |
| v. | : : | NO. 19-5423 |
| MIDLAND CREDIT MANAGEMENT, INC., | : : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 17th day of September, 2020, it is hereby ORDERED that the settlement conference scheduled for December 7, 2020 is cancelled.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE